Opinion filed April 29,
2010

 

                                                                       In The

                                                                              

  Eleventh
Court of Appeals

                                                                   __________

 

                                                         No. 11-10-00108-CR

                                                    __________

 

                               CHARLOTTA
PEEBLER, Appellant

 

                                                             V.

 

                                      STATE
OF TEXAS, Appellee



 

                                   On
Appeal from the 217th District Court

 

                                                          Angelina
County, Texas

 

                                                  Trial
Court Cause No. CR-28559

 



 

                                            M
E M O R A N D U M    O P I N I O N

            Charlotta
Peebler has filed in this court a motion to dismiss her appeal.  In her motion,
she states that she has decided not to pursue this appeal.  The motion is
signed by both appellant and her counsel.  The motion is granted, and the
appeal is dismissed.

 

April 29, 2010                                                                         PER
CURIAM

Do not publish. 
See Tex. R. App. P. 47.2(b).

Panel consists of:  Wright, C.J.,

McCall, J., and Strange, J.